IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY and TANISHA HOWARD, Individually and as Parents and Next Friends of NATALYA RENEE HOWARD, <br><br> Plaintiff, <br> v. <br><br> DAVID A. REED, <br><br> Defendant. | No. 3:13-cv-00299 <br><br> Judge Nixon <br> Magistrate Judge Brown <br><br> JURY DEMAND |

## ORDER

The parties to the above-styled action have jointly filed a Stipulation of Voluntary Dismissal Without Prejudice, in which they state all causes of action in the case are dismissed without prejudice. (Doc. No. 17.) Accordingly, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), the case is **DISMISSED without prejudice**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 14th day of January, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT